

# Fourth Court of Appeals
## San Antonio, Texas

January 22, 2014

No. 04-13-00805-CR

Ex Parte Santos **GUEVARA**,
Appellant

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4704-A
Honorable N. Keith Williams, Judge Presiding

# O R D E R

The Appellant's motion to suspend e-filing in this case is GRANTED. Accordingly, appellant's counsel is not required to e-file any documents in this case (motions, brief, etc.). **This applies only to counsel for appellant.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of January, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

